UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LJ NEW HAVEN, d/b/a LENNY & JOE'S FISH TALE, Individually and on Behalf of All Others Similarly Situated<br><br>**Plaintiff**,<br><br>*v.*<br><br>AMGUARD INSURANCE COMPANY,<br><br>**Defendant**. | Civil Action No. 3:20-cv-00751 (MPS) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant AmGUARD Insurance Company hereby states as follows:

AmGUARD Insurance Company. AmGUARD, a Pennsylvania corporation, is a wholly-owned subsidiary of WestGUARD Insurance Company, a Pennsylvania corporation, which is a wholly-owned subsidiary of National Indemnity Company, a Nebraska corporation, which is a wholly-owned subsidiary of Berkshire Hathaway Inc., a Delaware corporation.

Berkshire Hathaway Inc. has no parent company, and no publicly traded company owns more than 10% of Berkshire Hathaway Inc.'s stock.

Dated: June 30, 2020

                                                           AmGUARD Insurance Company

                                                           */s/ Michael Menapace*
                                                           Michael Menapace, Esq. (ct26610)
                                                           Wiggin & Dana LLP
                                                           20 Church Street, 16th Floor
                                                           Hartford, CT 06103
                                                           Tel: 860-297-3700
                                                           Fax: 860-525-9380
                                                           Email: mmenapace@wiggin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of June, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      By:     */s/ Michael Menapace*
                 Michael Menapace

88888888\2829\4826-7339-9745.v1