UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LJ NEW HAVEN LLC, d/b/a LENNY & JOE'S FISH TALE, Individually and on Behalf of All Others Similarly Situated,** | : : : : : | **CIVIL NO. 3:20-cv-00751(MPS)** |
| **Plaintiff** | : : | |
| v. | : : : | |
| **AMGUARD INSURANCE COMPANY,** | : : : | |
| **Defendant** | : : | |

**STATEMENT OF CORRECTION REGARDING CONSENT ON MOTION FOR PERMISSION TO APPEAR AS *AMICUS CURIAE***

The undersigned gives notice that the Motion for Permission to Appear as *Amicus Curiae* (Document No. 19) erroneously identified that counsel for the defendant, rather than the plaintiff, consents. Counsel for the defendant does not consent. Counsel for the plaintiff consents.

RESPECTFULLY SUBMITTED,

KAIAFFA, LLC d/b/a CHIP'S FAMILY RESTAURANTS

By: /s/ *R. Cornelius Danaher, Jr.*
  R. Cornelius Danaher, Jr. (ct5350)
  Calum B. Anderson (ct07611)
  Stuart S. Johnson (ct 20277)
  DANAHERLAGNESE, PC
  21 Oak Street, Suite 700
  Hartford, Connecticut 06106
  Telephone: 860-247-3666
  Fax: 860-547-1321
  Email: ndanaher@danaherlagnese.com
      canderson@danaherlagnese.com
      sjohnson@danaherlagnese.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on September 15, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher M. Barrett
Izard, Kindall & Raabe, LLP-CT
29 South Main Street, Suite 305
West Hartford, CT 06107

Michael Menapace
Wiggin & Dana -Htfd
20 Church Street
Hartford, CT 06103

By: /s/ *R. Cornelius Danaher, Jr.*
R. Cornelius Danaher, Jr. (ct5350)
DANAHERLAGNESE, PC
21 Oak Street, Suite 700
Hartford, Connecticut 06106
Telephone: 860-247-3666
Fax: 860-547-1321
Email: ndanaher@danaherlagnese.com