UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LJ NEW HAVEN LLC, d/b/a LENNY & JOE'S FISH TALE, Individually and on Behalf of All Others Similarly Situated, | : : : : : | CIVIL NO. 3:20-cv-00751(MPS) |
| Plaintiff | : : | |
| v. | : : : | |
| AMGUARD INSURANCE COMPANY, | : : : | |
| Defendant | : : | |

### AMICUS CURIAE, KAIAFFA, LLC d/b/a CHIP'S FAMILY RESTAURANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF IN RESPONSE TO AMGUARD INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Local Rule 7(b), the *amicus curiae*, Kaiaffa, LLC d/b/a Chip's Family Restaurants, respectfully moves for an extension of seven (7) days, to October 7, 2020, to file its *amicus* brief in this matter responding to defendant AmGUARD Insurance Company's Motion to Dismiss. The undersigned request this additional time in order to make an adequate response to the Reply Memorandum filed by the defendant on September 28, 2020 (Document No. 24). The Reply Memorandum presents arguments that were not made in the defendant's initial Memorandum of Law, and the requested time is necessary to prepare a sufficient response.

In support of this Motion, the undersigned represent that the movant has inquired of all non-moving parties, and all counsel have consented to the requested extension of time. A prior version of this Motion (Document No. 25) was filed before plaintiff's counsel responded. Plaintiff's counsel has since given his consent.

This is the first request for an extension of time with respect to this brief.

                               RESPECTFULLY SUBMITTED,

                               KAIAFFA, LLC d/b/a CHIP'S FAMILY RESTAURANTS

                        By: */s/ R. Cornelius Danaher, Jr.*
                             R. Cornelius Danaher, Jr. (ct5350)
                             Calum B. Anderson (ct07611)
                             Stuart S. Johnson (ct20277)
                             DANAHERLAGNESE, PC
                             21 Oak Street, Suite 700
                             Hartford, Connecticut 06106
                             Telephone: 860-247-3666
                             Fax: 860-547-1321
                             Email: ndanaher@danaherlagnese.com
                                             canderson@danaherlagnese.com
                                             sjohnson@danaherlagnese.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on September 30, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher M. Barrett
Izard, Kindall & Raabe, LLP-CT
29 South Main Street, Suite 305
West Hartford, CT 06107

Michael Menapace
Wiggin & Dana -Htfd
20 Church Street
Hartford, CT 06103

                                          By: */s/ R. Cornelius Danaher, Jr*.
                                                R. Cornelius Danaher, Jr. (ct5350)
                                                DANAHERLAGNESE, PC
                                                21 Oak Street, Suite 700
                                                Hartford, Connecticut 06106
                                                Telephone: 860-247-3666
                                                Fax: 860-547-1321
                                                Email: ndanaher@danaherlagnese.com