UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LJ NEW HAVEN LLC d/b/a LENNY & JOE'S FISH TALE, Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 20-cv-751 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AMGUARD INSURANCE COMPANY | ) ) | November 30, 2020 |
| Defendant | ) | |

**<u>STATEMENT OF CITIZENSHIP</u>**

In response to the Court's November 30, 2020 text order (ECF No. 50), Plaintiff advises the Court that the members of LJ New Haven LLC are Brian Faye and Art Linares, who are both citizens of the State of Connecticut.  Since Defendant is a Pennsylvania corporation with its principal place of business in Pennsylvania, there is complete diversity between the parties for purposes of 28 U.S.C. § 1332(a).

However, we respectfully note for the Court that Plaintiff alleges jurisdiction pursuant to 28 U.S.C. § 1332(d).  *See* ECF No. 13, ¶ 12.  Plaintiff has alleged claims on behalf of a nationwide class and a Connecticut subclass.  *Id.* ¶ 51.  Since at least one member of each putative class is a citizen of a state other than Pennsylvania, there is jurisdiction under 28 U.S.C. § 1332(d)(2)(A).

          CARELLA, BYRNE, CECCHI
          OLSTEIN, BRODY & AGNELLO


            /s/ Lindsey H. Taylor

JAMES E. CECCHI (PHV05395)
LINDSEY H. TAYLOR (CT 15300)
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744(fax)


ROBERT A. IZARD (CT01601)
CHRISTOPHER M. BARRETT (CT30151)
IZARD KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860/493-6292

Christopher A. Seeger
Stephen A. Weiss
SEEGER WEISS
77 Water Street, 8th Floor
New York, New York 10005
Telephone: 212/584-0700

Samuel H. Rudman
ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone; 631/367-7100

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: 561/750-3000

*Attorneys for Plaintiff*