UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LJ NEW HAVEN LLC, d/b/a LENNY & JOE'S FISH TALE, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>AMGUARD INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 3:20-cv-00751 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant AmGUARD Insurance Company ("AmGUARD") respectfully submits this notice of supplemental authority in connection with Defendant's fully briefed motion to dismiss (Dkt. No. 14). Attached hereto as Exhibit A is a list of the 28 decisions granting motions to dismiss issued in similar cases since AmGUARD's prior notice of supplemental authority filed on October 23, 2020 (Dkt. No. 40).[1] Exhibits B through M are those listed decisions not otherwise available on Westlaw, a copy of which is filed herewith.

Of particular note, on October 27, 2020, Defendant AmGUARD's motion to dismiss was granted in *West Coast Hotel Management, LLC v. Berkshire Hathaway Guard Insurance Companies*, No. 2:20-cv-05663-VAP-DFMx, 2020 WL 6440037 (C.D. Cal. Oct. 27, 2020). Interpreting a virtually identical policy to the one at issue here, the court held, among other things,

---

[1] Also listed on Exhibit A are the four decisions denying motions to dismiss, including two cases in which the virus exclusion, which is case dispositive here, was not invoked; one case in which the policy contained a "Limited Virus Coverage" endorsement not included in the Policy here; and a one-page order from a Pennsylvania state court, declining to resolve unspecified factual determinations on a motion to dismiss.

that (1) "a 'detrimental economic impact' alone is not compensable under a property insurance contract"; and (2) "the Virus Exclusion precludes coverage" because California's social distancing orders were issued "to halt the physical spread of COVID-19."

Additionally, on November 5, 2020, in *N&S Restaurant LLC v. Cumberland Mutual Fire Insurance Co.*, No. 20-cv-05289, 2020 WL 6501722 (D.N.J. Nov. 5, 2020), the U.S. District Court for the District of New Jersey addressed all of Plaintiff's arguments in this case with respect to a virtually identical complaint filed by the same lawyers and dismissed a restaurant's claims seeking coverage under a property insurance policy for business income allegedly lost due to COVID-19 social distancing orders. The court held that the virus exclusion bars coverage because "[t]here is no doubt that COVID-19, a virus, caused [the Governor of New Jersey] to issue the Executive Order mandating closure of Plaintiff's restaurant."

        Respectfully submitted,
           /s/ Michael Menapace
        Michael Menapace
        WIGGIN AND DANA LLP
        20 Church Street, 16th Floor
        Hartford, Connecticut 06103
        Tel.: 860-297-3700
        Fax: 860-525-9380
        Email: mmenapace@wiggin.com

        *Attorney for Defendant,*
        *AmGUARD Insurance Company*

Dated: December 1, 2020