Civil- (Dec-2008)

HONORABLE: Michael P. Shea  - via Zoom
DEPUTY CLERK D. Johnson         RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 1 hours 18 minutes
DATE: Dec. 3, 2020   START TIME: 10:00   END TIME: 11:18
LUNCH RECESS   FROM:          TO:
RECESS (if more than ½ hr)   FROM:          TO:

CIVIL NO. 3:20CV751 (MPS)

LJ New Haven LLC                                          Taylor / Weiss
                                                          Plaintiff's Counsel
            vs
AmGUARD Ins. Co.                                          Friedman/Menapace - Danaher/Kanner
                                                          Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#9     Motion to Dismiss                ☐ granted ☐ denied ☑ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....#      Motion                            ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion                       ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  Hearing continued until _____ at _____

Notes: