UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LJ NEW HAVEN LLC
d/b/a Lenny & Joe's Fish Tale
Individually and on Behalf of all
Others Similarly Situated

       v.                    CASE NO. 3:20CV751 (MPS)

AmGUARD INSURANCE COMPANY

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on December 21, 2020 granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 22nd day of December 2020.

                                                ROBIN D. TABORA, Clerk


                                                By _____/s/_____
                                                  Devorah Johnson
                                                  Deputy Clerk

EOD 12/22//20